IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:
JAMES CARL LAFRENZ
ELIZABETH DARLENE LAFRENZ
8226 OLD MONROE RD
BASTROP, LA 71220

CASE NO. 11-BK-31996
JUDGE HENLEY A. HUNTER

DATE: 11/19/13

Debtor(s)
SSN(1): XXX-XX-4840  SSN(2): XXX-XX-9245

## NOTICE OF INTENTION TO PAY CLAIMS AND MOTION TO DISALLOW SECURED CLAIMS

**NOTICE IS HEREBY GIVEN** of the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

**NOTICE TO CREDITORS:**
If you are a creditor and your claim is listed for -0- it indicates that no claim was timely filed and, if applicable, no evidence of a perfected security interest was available to the Trustee. Therefore, this notice also constitutes *a Motion to Disallow* your claim. Should you wish to object to this action by the Trustee, you should file a written objection with the Clerk of Bankruptcy Court within twenty (20) days of this notice with a copy to undersigned. Should you timely file an objection, you will be notified of a hearing date.

**PLEASE TAKE FURTHER NOTICE** that the debtor has a right to object to claims with which they disagree. The debtor also has a limited right to file a claim on behalf of any creditor who has not filed a claim. Should the debtor desire to take any such action, the debtor should immediately contact their attorney.

E. ORUM YOUNG                2800.00           ATTORNEY
200 WASHINGTON ST
MONROE, LA 71201

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| BACK BOWL I, LLC<br>PO BOX 3978<br>C/O WEINSTEIN & RILEY, PS<br>SEATTLE, WA 98124 | 2932.13 | .00 | UNSECURED REGULAR<br>ACCT:6304<br>COMM: |
| BASS & ASSOCIATES<br>3936 EAST FT LOWELL STE 200<br>TUCSON AZ 85712 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| CRS<br>2650 THOUSAND OAKS BLVD #4200<br>MEMPHIS TN 38118 | 94.79 | .00 | UNSECURED REGULAR<br>ACCT:10426578<br>COMM:METHODIST HEALTHCARE |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| DELL FINANCIAL SERVICES, LP<br>PO BOX 10390<br>C/O RESURGENT CAPITAL<br>GREENVILLE, SC 29603-0390 | 55.27 | .00 | UNSECURED REGULAR<br>ACCT:8943<br>COMM: |
| DISCOVER BANK/DISCOVER FINANCI<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | 95.44 | .00 | UNSECURED REGULAR<br>ACCT:2645<br>COMM: |
| ECAST SETTLEMENT CORPORATION<br>PO BOX 7247-6971<br>PHILADELPHIA PA 19170-6971 | 140.85 | .00 | UNSECURED REGULAR<br>ACCT:0025<br>COMM:HSBC/YAMAHA |
| EMC MORTGAGE CORPORATION<br>PO BOX 293150<br>LEWISVILLE, TX 75029-3150 | .00 | 100.00 | MORTGAGE PAYMENTS<br>SURRENDERED COLLAT<br>ACCT:<br>COMM:2ND MORT |
| HYUNDAI MOTOR FINANCE COMPANY<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728 | 698.00<br>10.00 % INT | .00 | SECURED<br>ACCT:3226<br>COMM:05 ACCENT |
| HYUNDAI MOTOR FINANCE COMPANY<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728 | 10.49 | .00 | UNSECURED REGULAR<br>ACCT:3226<br>COMM:Split Claim |
| LOUISIANA DEPT REV & TAXATION<br>PO BOX 66658<br>BATON ROUGE LA 70896 | .00 | 100.00 | OTHER<br>ACCT:<br>COMM:NOTICE ONLY |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK VA 23541 | 496.67 | .00 | UNSECURED REGULAR<br>ACCT:9658<br>COMM:CITGO |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK VA 23541 | 1170.18 | .00 | UNSECURED REGULAR<br>ACCT:2842<br>COMM:SEARS |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK VA 23541 | 437.32 | .00 | UNSECURED REGULAR<br>ACCT:3460<br>COMM:SHELL |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| PRA III LLC<br>PO BOX 12914<br>PORTFOLIO RECOVERY ASSOCIATES<br>NORFOLK VA 23541 | 638.88 | .00<br>ACCT:6128<br>COMM:lowes | UNSECURED REGULAR |
| SST<br>4315 PICKETT RD<br>ST JOSEPH, MO 64503 | 2108.26 | .00<br>ACCT:7079<br>COMM: | UNSECURED REGULAR |
| WELLS FARGO<br>ONE HOME CAMPUS<br>ATTN BANKRUPTCY DEPT<br>DES MOINES IA 50328-1001 | .00 | 100.00<br>ACCT:4930<br>COMM:1ST MORT/SURRENDERED | MORTGAGE PAYMENTS<br>SURRENDERED COLLAT |
| WELLS FARGO BANK NA<br>PO BOX 94423 MAC #Q2132-013<br>PCM PAYMENT PROCESSING<br>ALBUQUERQUE NM 87199-9833 | 3730.53 | .00<br>ACCT:178489495<br>COMM: | UNSECURED REGULAR |
| TOTAL | 12608.81 | | |

I herein certify that a copy of this notice was served upon the debtor(s) the debtor(s) attorney of record, and all creditors affected by this Motion on this date by regular U.S. Mail postage prepaid, at their addresses as appear in the records hereof.

Date: 11/19/2013

*Cathy Yelvert* (signature)
Clerk for the Office of
E. EUGENE HASTINGS, TRUSTEE